THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMMY NGO,

    Plaintiff,

v.                                                                                                    No. 2:23-cv-0056 SMD/DLM

CLAYTON SLAUGHTER,
and J.B. HUNT TRANSPORT, INC.,

    Defendants.

## ORDER

**THIS MATTER** is before the Court sua sponte under the Court's inherent power to manage its docket. *See Bunn v. Perdue*, 966 F.3d 1094, 1099 (10th Cir. 2020) ("District courts are afforded great discretion regarding control of the docket and parties.") (quoting *United States v. Orozco*, 916 F.3d 919, 925 (10th Cir. 2019)); *SEC v. Mgmt. Sols., Inc.*, 824 F. App'x 550, 553 (10th Cir. 2020) ("[A] district court has the inherent power to 'manage [its] own affairs so as to achieve orderly and expeditious disposition of cases.'") (quoting *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016)). Accordingly, the Court will conduct a telephonic status conference, to determine if a second settlement conference is needed, on **February 26, 2025**, **at 1:30 p.m. MST**. Counsel shall call **855-244-8681** and enter access code **2314 983 7724** to be connected to the telephonic status conference.

    **IT IS SO ORDERED.**

    _____
    DAMIAN L. MARTINEZ
    UNITED STATES MAGISTRATE JUDGE